1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
9                  SEATTLE DIVISION

10   LINDA A. BOOBER,                         Civil No. 2:20-CV-01052-RSM

11          Plaintiff,

12          vs.                               ORDER

13   COMMISSIONER OF SOCIAL SECURITY,

14          Defendant.

15          Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be

16   amended as follows:

17          Defendant shall have up to and including December 28, 2020, to file a response to

18   Plaintiff's Complaint, including the certified administrative record. The certified administrative

19   record shall be filed within ten days of its availability to the Office of the General Counsel, if it

20   can be filed earlier than the aforementioned date.

21          If the Commissioner is unable to file the certified administrative record by that date, the

22   Commissioner shall file another motion for extension every 28 days until the certified

23   administrative record becomes available.

24

DATED this 23rd day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2494
Fax:  (206) 615-2531
benjamin.groebner@ssa.gov