U.S. DISTRICT JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LINDA A. BOOBER, | Civil No.  2:20-cv-01052-RSM |
| Plaintiff, | |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | ORDER FOR EAJA FEES |
| Defendant. | |

Based on the parties' Stipulated Motion for EAJA fees, it is hereby ordered that

$9,000.00 in attorney fees and $20.10 in expenses shall awarded to Plaintiff pursuant to *Astrue v.*

*Ratliff*, 560 U.S. 586 (2010) and delivered to Plaintiff's counsel, Robert A. Friedman. However,

if the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs

are not subject to any offset allowed under the Department of the Treasury's Offset Program,

then the check for EAJA fees and expenses shall be made payable to Plaintiff's attorney, Robert

A. Friedman, based upon Plaintiff's assignment of these amounts to him.

DATED this 19th day of  July , 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER FOR EAJA FEES -
Page 1 - [2:20-cv-01052-RSM]

Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2494

1

2   Presented by:

3

4   s/ Benjamin J. Groebner
    BENJAMIN J. GROEBNER
5   Special Assistant United States Attorney
    Office of the General Counsel
6   Social Security Administration
    701 Fifth Avenue, Suite 2900 M/S 221A
7   Seattle, WA  98104-7075
    Telephone:  (206) 615-2494
8   Fax:  (206) 615-2531
    benjamin.groebner@ssa.gov
9

10

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER FOR EAJA FEES -
Page 2 - [2:20-cv-01052-RSM]

Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2494